JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMAN CADY, | Case No. CV 19-02047 AB (SHKx) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

THE COURT has been advised by counsel that the above-entitled action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **70 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 7, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.